UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Marie Bernice Dinner and Bruce Dinner, individually and as husband and wife, v.s Monsanto Co.,*<br>Case No.: 3:20-cv-03360-VC | ) MDL: 2741<br>)<br>)<br>) Case Number: 3:16-MD-2741-VC<br>)<br>) **ORDER RE: SUGGESTION OF DEATH**<br>) **UPON THE RECORD UNDER RULE**<br>) **25(a)(1) AND MOTION FOR**<br>) **SUBSTITUTION**<br>)<br>)<br>)<br>)<br>) |

This action is before the Court on the Suggestion of Death of Plaintiff Marie Bernice Dinner pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure and Motion for Substitution.

Having review the same, and being fully advised on the premises, the Court hereby GRANTS Plaintiffs' Motion for Substitution.

Done this __7__ day of __October__, 2021.

By the Court

_____
United States District Court

~~Proposed~~ Order re Suggestion of Death and Motion for Substitution – 3:20-cv-03360-VC

Page **1** of 1